**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vine Beverage and Catering, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **31-1567284** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** |

**Principal place of business**

**5783 Heisley Rd.**
**Mentor, OH 44060**
Number, Street, City, State & ZIP Code

**Lake**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | When | _____ | Relationship _____ |
| District | _____ | | | Case number, if known _____ |

---

**11.** **Why is the case filed in** *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or**    ☑ No
**have possession of any**
**real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
**available funds**

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

███  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 30, 2024**
             MM / DD / YYYY

**X** **/s/ Martin Lamalfa** _____          **Martin Lamalfa** _____
     Signature of authorized representative of debtor    Printed name

Title  **President** _____

**18. Signature of attorney**

**X** **/s/ Glenn E. Forbes** _____     Date **October 30, 2024**
     Signature of attorney for debtor                 MM / DD / YYYY

**Glenn E. Forbes 0005513** _____
Printed name

**FORBES LAW LLC** _____
Firm name

**166 MAIN STREET**
**Painesville, OH 44077** _____
Number, Street, City, State & ZIP Code

Contact phone  **440-739-6211** _____     Email address  **bankruptcy@geflaw.net** _____

**0005513 OH** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Vine Beverage and Catering, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 30, 2024**    X **/s/ Martin Lamalfa**
                                           Signature of individual signing on behalf of debtor

                                           **Martin Lamalfa**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **Vine Beverage and Catering, Inc.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BBR Investments, LLC 100 North Cemter St Newton Falls, OH 44444-1321** | | **Loan-listed as precaution** | | | | **$221,599.82** |
| **Department of Taxation P.O. Box 2678 Columbus, OH 43216-2678** | | | | | | **$18,272.70** |
| **Dina Parmator 104 Sugar Bush Glen Chardon, OH 44024** | | **12,000.00** | | | | **$12,000.00** |
| **Gregory Donaldson 3681 Green Rd., #109 Beachwood, OH 44122** | | **7548.00** | | | | **$7,548.00** |
| **Growth Capital/SBA 1360 East 9th St Suite950 Cleveland, OH 44114-1737** | | | | **$15,000,000.00** | **$0.00** | **$15,000,000.00** |
| **Jeannie Flemming-Gifford 38588 Mentor Avenue Willoughby, OH 44090** | | **4,500.00** | | | | **$4,500.00** |
| **Jessica Wheeler, Dylan Japel 30310 Ridge Road Wickliffe, OH 44092** | | **4,500.00** | | | | **$4,500.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lake County Department of Utilities 105 Main Street, Suite A113 Painesville, OH 44077** | | | | | | **$15,368.32** |
| **Lake County Hotel/Motel Tax Dept 105 Main Street Painesville, Ohio 44077, OH 44081** | | | | | | **$3,772.00** |
| **Mark Wanwright 115 Levan Drive Painesville, OH 44077** | | **8,000.00** | | | | **$8,000.00** |
| **NEO Bookkeeping LLC 8561 East Avenue Mentor, OH 44060** | | | | | | **$12,100.00** |
| **Northern Haserot/Brandt Meats P.O. Box 74640 Cleveland, Ohio 44194** | | | | | | **$31,750.27** |
| **Ohio Department of Taxation P.O. Box 182402 Columbus, OH 43218** | | **All real estate** | | **$33,636.00** | **$0.00** | **$33,636.00** |
| **Ohio Department of Taxation P.O. Box 182402 Columbus, OH 43218** | | **All real estate** | | **$25,473.41** | **$0.00** | **$25,473.41** |
| **Ohio Department of Taxation P.O. Box 182402 Columbus, OH 43218** | | **All real estate** | | **$15,319.39** | **$0.00** | **$15,319.39** |
| **Ohio Department of Taxation P.O. Box 182402 Columbus, OH 43218** | | **All real estate** | | **$13,973.99** | **$0.00** | **$13,973.99** |
| **Rebecca Burke, Sharon Arnold 8505 Mulberry Road Chesterland, OH 44026** | | **6,000** | | | | **$6,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rev. Scott D. Goodfellow 401 North Street Chardon, OH 44024** | | **4,000.00** | | | | **$4,000.00** |
| **S.A. Comunale Co., Inc. P.O. Box 150 2900 Newpark Drive Barberton, OH 44203** | | | | | | **$3,660.00** |
| **The Illuminating Company 6896 Miller Road Brecksville, OH 44141** | | | | | | **$29,847.77** |

**Fill in this information to identify the case:**

Debtor name    **Vine Beverage and Catering, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................   $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................   $ _____**15,748.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................   $ _____**15,748.00**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $ _____**15,091,921.02**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____**82,948.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$ _____**347,364.48**

4.   **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b     $ **15,522,233.50**

Debtor name    **Vine Beverage and Catering, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                                                  Current value of
                                                                                                                debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Various Fixtures, Furniture, and Equipment** | $3,748.00 | **Tax records** | $3,748.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $3,748.00 |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**
     **State of Ohio Liquor permit** _____  |  $0.00  |  **Recent cost** _____  |  $5,000.00

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                          $5,000.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **Improvements** _____        $7,000.00

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

                                                                        | **$7,000.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

Debtor  **Vine Beverage and Catering, Inc.**                    Case number *(If known)* _____
        Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,748.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,748.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $15,748.00 |

Debtor name **Vine Beverage and Catering, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Growth Capital/SBA** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**   **$15,000,000.00**   **$0.00**

**1360 East 9th St**
**Suite950**
**Cleveland, OH 44114-1737**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**various**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Lake County Commissioners** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**   **Unknown**   **$0.00**
**All assets**

**10 Main St**
**Painesville, OH 44077**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**December 2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ohio Department of Taxation** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**All real estate**

$13,973.99                $0.00

**P.O. Box 182402
Columbus, OH 43218**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
3744**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ohio Department of Taxation** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**All real estate**

$3,408.78                $0.00

**P.O. Box 182402
Columbus, OH 43218**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4243**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ohio Department of Taxation** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
**All real estate**

$15,319.39                $0.00

**P.O. Box 182402
Columbus, OH 43218**
Creditor's mailing address

Describe the lien

---

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0711**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Ohio Department of Taxation** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 182402**
**Columbus, OH 43218**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4355**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All real estate**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$25,473.41    $0.00

---

| 2.7 | **Ohio Department of Taxation** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 182402**
**Columbus, OH 43218**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3841**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All real estate**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$33,636.00    $0.00

---

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ohio Department of Taxation** | Describe debtor's property that is subject to a lien | $109.45 | $0.00 |

Creditor's Name

**P.O. Box 182402
Columbus, OH 43218**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1547**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All real estate**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Small Business Administration** | Describe debtor's property that is subject to a lien | Unknown | $8,748.00 |

Creditor's Name

**PO Box 740192
Atlanta, GA 30374-0192**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All property**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $15,091,921.02 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name **Vine Beverage and Catering, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
 amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Dina Parmator**<br>**104 Sugar Bush Glen**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,000.00 | $3,350.00 |
|  | Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**12,000.00** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Gregory Donaldson**<br>**3681 Green Rd., #109**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,548.00 | $3,350.00 |
|  | Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**7548.00** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |

**2.3**

Priority creditor's name and mailing address

**Heather Sutyak, Brook Sutyak**
**4731 Regina Ct.**
**Perry, OH 44081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00    $2,500.00

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Jeannie Flemming-Gifford**
**38588 Mentor Avenue**
**Willoughby, OH 44090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500.00    $3,350.00

Date or dates debt was incurred

Basis for the claim:
**4,500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Jessica Wheeler, Dylan Japel**
**30310 Ridge Road**
**Wickliffe, OH 44092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500.00    $3,350.00

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**4,500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address

**Jhoanne Villamor, James**
**Wawrowski**
**7970 Mentor Ave., Unit 11**
**Abbot, ME 04406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00    $2,500.00

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2,500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Julie Palkovitz, Joseph Cregan**
**3668 Kent Rd., Apt. E24**
**Stow, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2,500.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Katie Szyzynski, Ronald Cyzyski**
**4820 Orchard Rd.**
**Abbot, ME 04406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2,500.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Kelly Williams**
**4080 Call Road**
**Perry, OH 44081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**500.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Ken Stoneman**
**7967 Still Water Ct.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**500.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |

| 2.11 | Priority creditor's name and mailing address<br>**Kristen Frato**<br>**9400 Johnnycake Ridge Rd.**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 | $500.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**500.00** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Maddie Carlone, Chandler Dean**<br>**168 W. Jackson St.**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |
| | Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**2,500.00** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**Mark Wanwright**<br>**115 Levan Drive**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,000.00 | $3,350.00 |
| | Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**8,000.00** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**Mary Bill**<br>**1200 East Street**<br>**Painesville, OH 44077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |
| | Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**2500.00** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |

**Mary Muhammad, Ford**
**Muhammad**
**26200 Shinerier Dr.**
**Euclid, OH 44132**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2,500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |

**Melissa Sanson**
**6116 Wilson Mills Rd.**
**Cleveland, OH 44143**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |

**Monica Floyd, Paul Harris**
**2181 Hammock Moss Dr.**
**Orlando, FL 32820**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2,500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |

**Nicole Beasley, Andrew Keates**
**407 Greenfield Ln.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2,500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Nikki Dillon**
**1833 Hobbitsway**
**Brunswick, OH 44212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2,500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |
|---|---|---|---|---|

**Octavia Young, Calleja Benefield**
**29099 Arbor Ave.**
**Euclid, OH 44123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2,400.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Paige Hamil, Logan Kumher**
**506 Hickory Lane**
**Painesville, OH 44077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**2500.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 | $3,350.00 |
|---|---|---|---|---|

**Rebecca Burke, Sharon Arnold**
**8505 Mulberry Road**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**6,000**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 | $3,350.00 |
|---|---|---|---|---|

**Rev. Scott D. Goodfellow**
**401 North Street**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Unknown** | **4,000.00** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Scott Watters, Beth Patterson**
**6300 Tin Man Road**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Unknown** | **2,000.00** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Wendy Sabin, Amy Ilbrysh**
**8507 Tyler Blvd.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Unknown** | **2,500.00** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $243.20 |

**21st Century Media-Ohio**
**P.O. Box 8003**
**Willoughby, OH 44096-8003**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Sept. 1. 2024

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $1,132.00 |
|---|---|---|

**American Bankers Insurance Company**
**P.O. Box 662888**
**Dallas, TX 75266-2888**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Various

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**Bar and Beverage Control, LLC**
**4705 Van Epps Road**
**Independence, OH 44131**

Date(s) debt was incurred **Aug. 8, 2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221,599.82 |
|---|---|---|---|

**BBR Investments, LLC**
**100 North Cemter St**
**Newton Falls, OH 44444-1321**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan-listed as precaution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $657.74 |
|---|---|---|---|

**Bureau of Workers' Compensation**
**P.O. Box 89492**
**Cleveland, OH 44101-6492**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.27 |
|---|---|---|---|

**Cadillac Coffee Company**
**7221 Innovation Boulevard**
**Fort Wayne, IN 46818**

Date(s) debt was incurred **June 6, 2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.48 |
|---|---|---|---|

**Certified Services**
**3048 Elmer Drive**
**Brunswick, OH 44212-5629**

Date(s) debt was incurred **Aug. 6, 2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.36 |
|---|---|---|---|

**Cintas**
**800 Renaissance Pkwy**
**Painesville, OH 44077**

Date(s) debt was incurred **June 25, 2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,166.22 |
|---|---|---|---|

**CO2**
**P.O. Box 9011**
**Stuart, FL 34995**

Date(s) debt was incurred **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**3.10** Nonpriority creditor's name and mailing address — **$443.68**

Commtrak
5783 Heisley Rd.
Mentor, OH 44060

Date(s) debt was incurred __various__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address — **$18,272.70**

Department of Taxation
P.O. Box 2678
Columbus, OH 43216-2678

Date(s) debt was incurred __various__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address — **$2,010.00**

Direct Market Publishing
PO. Box 7316
Eastlake, Ohio  44097

Date(s) debt was incurred __Various__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address — **$517.44**

Farmer Brothers
P.O.  Box 934237
Atlanta, GA 31193

Date(s) debt was incurred __various__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address — **$1,695.91**

Guardian Alarm
5783 Heisley Road
Mentor, OH 44060

Date(s) debt was incurred __Various__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address — **$624.63**

Kennnicott Brothers
9550 Granger Road
Cleveland, OH 44125

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address — **$15,368.32**

Lake County Department of Utilities
105 Main Street, Suite A113
Painesville, OH 44077

Date(s) debt was incurred __March 22, 2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vine Beverage and Catering, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,772.00 |
|---|---|---|---|

**Lake County Hotel/Motel Tax Dept**
**105 Main Street**
**Painesville, Ohio 44077, OH 44081**

Date(s) debt was incurred  **Aug. 1, 2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.13 |
|---|---|---|---|

**Micro Specialists**
**8580 Mansion Blvd.**
**Mentor, OH 44060**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,100.00 |
|---|---|---|---|

**NEO Bookkeeping LLC**
**8561 East Avenue**
**Mentor, OH 44060**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,750.27 |
|---|---|---|---|

**Northern Haserot/Brandt Meats**
**P.O. Box 74640**
**Cleveland, Ohio 44194**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.25 |
|---|---|---|---|

**Ohio Department of Commerce**
**Division of Industrial Compliance**
**P.O. Box 71596301**
**Cincinnati, OH 45271-5963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.10 |
|---|---|---|---|

**Play Network**
**2100 S IH 35 Frontage Rd., Ste 201**
**Austin, TX 78704**

Date(s) debt was incurred  **Jan. 1, 2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,660.00 |
|---|---|---|---|

**S.A. Comunale Co., Inc.**
**P.O. Box 150**
**2900 Newpark Drive**
**Barberton, OH 44203**

Date(s) debt was incurred  **March 18, 2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,847.77 |

**The Illuminating Company**
**6896 Miller Road**
**Brecksville, OH 44141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.19 |

**The News Herald**
**36625 Vine St., Suite 4**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 82,948.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 347,364.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 430,312.48 |

**Fill in this information to identify the case:**

Debtor name **Vine Beverage and Catering, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Banquet Services**  State the term remaining  List the contract number of any government contract | **Dina Parmator**<br>**104 Sugar Bush Glen**<br>**Chardon, OH 44024** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Banquet Services**  State the term remaining  List the contract number of any government contract | **Heather Sutyak, Brook Sutyak**<br>**4731 Regina Ct.**<br>**Perry, OH 44081** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Banquet Services**  State the term remaining  List the contract number of any government contract | **Jeannie Flemming-Gifford**<br>**38588 Mentor Avenue**<br>**Willoughby, OH 44090** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Banquet Services**  State the term remaining  List the contract number of any government contract | **Jessica Wheeler, Dylan Japel**<br>**30310 Ridge Road**<br>**Wickliffe, OH 44092** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jhoanne Villamor, James Wawrowski**<br>**7970 Mentor Ave., Unit 11**<br>**Abbot, ME 04406** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Julie Palkovitz, Joseph Cregan**<br>**3668 Kent Rd., Apt. E24**<br>**Stow, OH 44224** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Katie Szyzynski, Ronald Cyzyski**<br>**4820 Orchard Rd.**<br>**Abbot, ME 04406** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kelly Williams**<br>**4080 Call Road**<br>**Perry, OH 44081** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ken Stoneman**<br>**7967 Still Water Ct.**<br>**Painesville, OH 44077** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
| State the term remaining | |
| List the contract number of any government contract | **Kristen Frato**<br>**9400 Johnnycake Ridge Rd.**<br>**Mentor, OH 44060** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
| State the term remaining | |
| List the contract number of any government contract | **Maddie Carlone, Chandler Dean**<br>**168 W. Jackson St.**<br>**Painesville, OH 44077** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
| State the term remaining | |
| List the contract number of any government contract | **Mary Bill**<br>**1200 East Street**<br>**Painesville, OH 44077** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
| State the term remaining | |
| List the contract number of any government contract | **Melissa Sanson**<br>**6116 Wilson Mills Rd.**<br>**Cleveland, OH 44143** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Banquet Services** |
| State the term remaining | |
| List the contract number of any government contract | **Monica Floyd, Paul Harris**<br>**2181 Hammock Moss Dr.**<br>**Orlando, FL 32820** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest  **Banquet Services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Nikki Dillon**<br>**1833 Hobbitsway**<br>**Brunswick, OH 44212** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest  **Banquet Services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Octavia Young, Calleja Benefield**<br>**29099 Arbor Ave.**<br>**Euclid, OH 44123** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest  **Banquet Services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Paige Hamil, Logan Kumher**<br>**506 Hickory Lane**<br>**Painesville, OH 44077** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest  **Banquet Services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Rebecca Burke, Sharon Arnold**<br>**8505 Mulberry Road**<br>**Chesterland, OH 44026** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest  **Banquet Services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Rev. Scott D. Goodfellow**<br>**401 North Street**<br>**Chardon, OH 44024** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Banquet Services** | |
| State the term remaining | Scott Watters, Beth Patterson |
| List the contract number of any government contract | 6300 Tin Man Road |
| | Mentor, OH 44060 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Banquet Services** | |
| State the term remaining | Wendy Sabin, Amy Ilbrysh |
| List the contract number of any government contract | 8507 Tyler Blvd. |
| | Mentor, OH 44060 |

Fill in this information to identify the case:

Debtor name  **Vine Beverage and Catering, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Martin LaMalfa** | **5783 Heisley Rd.** **Mentor, OH 44060** | **BBR Investments, LLC** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.2 | **Martin LaMalfa** | **5783 Heisley Rd.** **Mentor, OH 44060** | **Growth Capital/SBA** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Martin LaMalfa** | **5783 Heisley Rd.** **Mentor, OH 44060** | **Lake County Commissioners** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Martin LaMalfa** | **5783 Heisley Rd.** **Mentor, OH 44060** | **Small Business Administration** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Michael's Inc** | **5783 Heisley Rd** **Mentor, OH 44060** | **BBR Investments, LLC** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |

| Debtor | Vine Beverage and Catering, Inc. | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Michael's Inc** | **5783 Heisley Rd**<br>**Mentor, OH 44060** | **Growth Capital/SBA** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Michael's Inc** | **5783 Heisley Rd**<br>**Mentor, OH 44060** | **Lake County**<br>**Commissioners** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Michael's Inc** | **5783 Heisley Rd**<br>**Mentor, OH 44060** | **Small Business**<br>**Administration** | ■ D   **2.9**<br>☐ E/F _____<br>☐ G _____ |

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $941,560.00 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $1,968,024.00 |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $2,001,863.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **BBR Investments, LLC v. Debtor** | **Cognovit Note** | **Lake County Common Pleas Court P O Box 490 Painesville, OH 44077** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **10/28/2024 -<br>$2,000.00<br>($   262.00<br>fee)<br>($ 1,738.00<br>filing fee)<br>($ 0.00<br>unapplied<br>retainer)** | |
| | **FORBES LAW LLC<br>Main Street Law Building<br>166 Main Street<br>Painesville, OH 44077** | | | **$262.00** |
| | Email or website address<br>**gforbes@geflaw.net** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

---

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| | | |

24-14383-jps    Doc 1    FILED 10/30/24    ENTERED 10/30/24 11:02:31    Page 42 of 54

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Scott Cavell**<br>**Cavell & Associates**<br>**8651 East Avenue**<br>**Mentor, OH 44060** | **At least 10 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Martin Lamalfa** | **5783 Heisley Rd.**<br>**Mentor, OH 44060** | **President and share holder** | **33 1/3** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 30, 2024**

**/s/ Martin Lamalfa**                                              **Martin Lamalfa**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Vine Beverage and Catering, Inc.** _____  Case No. _____

_____  Chapter  **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **350.00/hr** |
| Prior to the filing of this statement I have received | $ | **262.00 Fee** |
| | $ | **1738.00 Filing Fee** |
| Pre-petition fees not collected | | 993.00 |
| Unapplied Retainer | | 0.00 |
| Balance Due: *Counsel will be compensated pursuant to attorney documents filed | | |

2.  The source of the compensation paid to me was:

☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
  **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
  **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, preparation and costs of amendments to schedules or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 28, 2024** _____  /s/ Glenn E. Forbes _____

*Date*  **Glenn E. Forbes 0005513**

*Signature of Attorney*

**FORBES LAW LLC**
**166 MAIN STREET**
**Painesville, OH 44077**
**440-739-6211**
**bankruptcy@geflaw.net**

*Name of law firm*

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Vine Beverage and Catering, Inc.**        Case No.

                            Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Loretta Lamalfa Trust**<br>**c/o Martin Lamalfa**<br>**5783 Heisley Rd**<br>**Mentor, OH 44060** | **Common** | **83 1/3** | **Ownership** |
| **Martin Lamalfa**<br>**5783 Heisley Rd**<br>**Mentor, OH 44060** | **Common** | **831/3** | **Ownership** |
| **Michael A. Lamalfa**<br>**c/o Martin Lamalfa**<br>**5783 Heisley Rd**<br>**Mentor, OH 44060** | **Common** | **83 1/3** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 30, 2024**           Signature    **/s/ Martin Lamalfa**

                                                        **Martin Lamalfa**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Ohio**

In re   **Vine Beverage and Catering, Inc.**
_____ Case No. _____
                                    Debtor(s)              Chapter    **11**
                                                                    _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.


Date:    **October 30, 2024**                    **/s/ Martin Lamalfa**
      _____          _____
                                         **Martin Lamalfa/President**
                                         Signer/Title

21st Century Media-Ohio
P.O. Box 8003
Willoughby, OH 44096-8003


American Bankers Insurance Company
P.O. Box 662888
Dallas, TX 75266-2888


Bar and Beverage Control, LLC
4705 Van Epps Road
Independence, OH 44131


BBR Investments, LLC
100 North Cemter St
Newton Falls, OH 44444-1321


Bureau of Workers' Compensation
P.O. Box 89492
Cleveland, OH 44101-6492


Cadillac Coffee Company
7221 Innovation Boulevard
Fort Wayne, IN 46818


Certified Services
3048 Elmer Drive
Brunswick, OH 44212-5629


Cintas
800 Renaissance Pkwy
Painesville, OH 44077


CO2
P.O. Box 9011
Stuart, FL 34995


Commtrak
5783 Heisley Rd.
Mentor, OH 44060


Department of Taxation
P.O. Box 2678
Columbus, OH 43216-2678

Dina Parmator
104 Sugar Bush Glen
Chardon, OH 44024


Direct Market Publishing
PO. Box 7316
Eastlake, Ohio  44097


Farmer Brothers
P.O.  Box 934237
Atlanta, GA 31193


Gregory Donaldson
3681 Green Rd., #109
Beachwood, OH 44122


Growth Capital/SBA
1360 East 9th St
Suite950
Cleveland, OH 44114-1737


Guardian Alarm
5783 Heisley Road
Mentor, OH 44060


Heather Sutyak, Brook Sutyak
4731 Regina Ct.
Perry, OH 44081


Jeannie Flemming-Gifford
38588 Mentor Avenue
Willoughby, OH 44090


Jessica Wheeler, Dylan Japel
30310 Ridge Road
Wickliffe, OH 44092


Jhoanne Villamor, James Wawrowski
7970 Mentor Ave., Unit 11
Abbot, ME 04406


Julie Palkovitz, Joseph Cregan
3668 Kent Rd., Apt. E24
Stow, OH 44224

Katie Szyzynski, Ronald Cyzyski
4820 Orchard Rd.
Abbot, ME 04406


Kelly Williams
4080 Call Road
Perry, OH 44081


Ken Stoneman
7967 Still Water Ct.
Painesville, OH 44077


Kennnicott Brothers
9550 Granger Road
Cleveland, OH 44125


Kristen Frato
9400 Johnnycake Ridge Rd.
Mentor, OH 44060


Lake County Commissioners
10 Main St
Painesville, OH 44077


Lake County Department of Utilities
105 Main Street, Suite A113
Painesville, OH 44077


Lake County Hotel/Motel Tax Dept
105 Main Street
Painesville, Ohio 44077, OH 44081


Maddie Carlone, Chandler Dean
168 W. Jackson St.
Painesville, OH 44077


Mark Wanwright
115 Levan Drive
Painesville, OH 44077


Martin LaMalfa
5783 Heisley Rd.
Mentor, OH 44060

Mary Bill
1200 East Street
Painesville, OH 44077

Mary Muhammad, Ford Muhammad
26200 Shinerier Dr.
Euclid, OH 44132

Melissa Sanson
6116 Wilson Mills Rd.
Cleveland, OH 44143

Michael's Inc
5783 Heisley Rd
Mentor, OH 44060

Micro Specialists
8580 Mansion Blvd.
Mentor, OH 44060

Monica Floyd, Paul Harris
2181 Hammock Moss Dr.
Orlando, FL 32820

NEO Bookkeeping LLC
8561 East Avenue
Mentor, OH 44060

Nicole Beasley, Andrew Keates
407 Greenfield Ln.
Painesville, OH 44077

Nikki Dillon
1833 Hobbitsway
Brunswick, OH 44212

Northern Haserot/Brandt Meats
P.O. Box 74640
Cleveland, Ohio 44194

Octavia Young, Calleja Benefield
29099 Arbor Ave.
Euclid, OH 44123

Ohio Department of Commerce
Division of Industrial Compliance
P.O. Box 71596301
Cincinnati, OH 45271-5963

Ohio Department of Taxation
P.O. Box 182402
Columbus, OH 43218

Paige Hamil, Logan Kumher
506 Hickory Lane
Painesville, OH 44077

Play Network
2100 S IH 35 Frontage Rd., Ste 201
Austin, TX 78704

Rebecca Burke, Sharon Arnold
8505 Mulberry Road
Chesterland, OH 44026

Rev. Scott D. Goodfellow
401 North Street
Chardon, OH 44024

S.A. Comunale Co., Inc.
P.O. Box 150
2900 Newpark Drive
Barberton, OH 44203

Scott Watters, Beth Patterson
6300 Tin Man Road
Mentor, OH 44060

Small Business Administration
PO Box 740192
Atlanta, GA 30374-0192

The Illuminating Company
6896 Miller Road
Brecksville, OH 44141

The News Herald
36625 Vine St., Suite 4
Willoughby, OH 44094

```
Wendy Sabin, Amy Ilbrysh
8507 Tyler Blvd.
Mentor, OH 44060
```

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Vine Beverage and Catering, Inc.** _____  Case No. _____
                                           Debtor(s)           Chapter   **11** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vine Beverage and Catering, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**October 30, 2024** _____        **/s/ Glenn E. Forbes** _____
Date                                            **Glenn E. Forbes 0005513**
                                                Signature of Attorney or Litigant
                                                Counsel for   **Vine Beverage and Catering, Inc.**
                                                **FORBES LAW LLC**
                                                **166 MAIN STREET**
                                                **Painesville, OH 44077**
                                                **440-739-6211**
                                                **bankruptcy@geflaw.net**